DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAUL ALVARADO-ANACLETO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0529 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| RAUL ALVARADO-ANACLETO ) | |
| ) | |
| Defendant. ) | Date:  February 26, 2009 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 26, 2009, calendar, that it be continued until March 26, 2009, at 9:00 a.m., and that time be excluded between February 26, 2009, and March 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought in order to review discovery and

1 receive and review the Probation Office's Pre-plea presentence report
2 and offer of resolution from the government.
3    **IT IS SO STIPULATED**.

5 Dated: February 20, 2009      /S/ Daniel S. McKonkie, Jr.
                                DANIEL S. McKONKIE, JR.
6                               Assistant United States Attorney
                                Counsel for Plaintiff

8 Dated: February 20, 2009      /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
9                               Assistant Federal Defender
10                              Counsel for Defendant
                                MARIA MOSQUEDA-GONZALEZ

12                         **O R D E R**

13
    **IT IS SO ORDERED.**
14

15
 Dated: February 25, 2009
16

17  _____
    MORRISON C. ENGLAND, JR.
18  UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2